UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk DIVISION

Joseph T. Coleman

vs.                  Civil/Criminal Action No. 2:10cv403

Tyson Farms, Inc.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Tyson Farms, Inc. in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Tyson Foods, Inc. is the parent company of Tyson Farms, Inc. No person or entity owns more than 10% of the stock of Tyson Foods. A list of the Tyson Foods entities is attached.

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

| September 8, 2010 | /s/ Wendy C. McGraw |
|---|---|
| Date | Signature of Attorney or Litigant |
| | Counsel for Tyson Farms, Inc. |

Rev. 7/14/04





